**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRISON, | **Case No.:** 8:24-cv-00240-SB-JDE |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| 3K AUTOBODY & REPAIR, a business entity; THOMAS NGUYEN, an individual; | |
| Defendants | |

**TO ALL PARTIES IN INTEREST:**

    **THIS NOTICE IS HEREBY GIVEN** that Plaintiff, MICHAEL HARRISON, has reached a full and comprehensive settlement of this civil action with mutual general releases with regard to defendants 3K AUTOBODY & REPAIR, a business entity; THOMAS NGUYEN, an individual;

//
//
//
//
//
//

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution and performance of the settlement.

DATED: 5/10/2024

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

2

**NOTICE OF SETTLEMENT**